# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,          :   No. 59 WM 2023

          Petitioner       :

      v.                 :

COURT OF COMMON PLEAS OF   :
ALLEGHENY COUNTY, PA.,      :

          Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of January, 2024, the "Petition for King's Bench Jurisdiction and/or Extraordinary Relief" and the Applications "for an Immediate/ Emergency Hearing" are DENIED.